UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

..................................................
ROBERT SIGLER AND MELODI SIGLER )
                                )
            Objectors, Appellants )
                                )
    -v-                         )
                                )
JON ALIN, ROBERT LOUGHEAD, and  )
PAUL FELMAN, individually and on )
Behalf of all others similarly situated, )
                                )
            Appellees, Plaintiffs, )
                                )    CASE NO. 12-2369
    -v-                         )
                                )
AMERICAN HONDA MOTOR            )
COMPANY, INC.,                  )
                                )
            Appellees, Defendant. )
..................................................)

## MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

NOW COME, Robert Sigler and Melodi Sigler, Appellants-Objectors in the above named appellate case, hereby file this Appellants' Motion for Voluntary Dismissal of Appeal pursuant to FRAP 42 (b). The parties have agreed that all parties will bear their own costs and fees.

Dated: May 18, 2012

_____
Robert Sigler

And

_____
Melodi Sigler
441 Santa Monica
Corpus Christi, TX 78411
T: (361) 215-5649
msigler@stx.rr.com

## **PROOF OF SERVICE**

I certify that a true and correct copy of the foregoing Motion for Volunutary Dismissal of Appeal was forwarded to Counsel of record by Facsimile as indicated below on this the 18th day of May 2012.

**Via Facsimile: (973) 618-0400**
David Mazie, Esq.
Matthew R. Mendelsohn, Esq.
Mazie, Slater, Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ  07068

**Via Facsimile: (713) 651-1775**
Richard E. Norman, Esq.
Crowley Norman, LLP
Three Riverway, Suite 1775
Houston, Texas  77056
**CLASS COUNSEL**

**Via Facsimile: (312) 853-7036**
David B. Johnson, Esq.
Sidley Austin, LLP
One South Dearborn
Chicago, IL  60603
**ATTORNEYS FOR HONDA**

_____
Robert Sigler